# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| QUINCY VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00718-HEA |
| ) | |
| MARK WALLACE, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by plaintiff Quincy Vaughn that has been construed as a motion for an extension of time in which to pay his initial partial filing fee and a motion for leave to file an amended complaint. (Docket No. 11).

With regard to the motion for an extension of time, the Court finds that it should be granted. Plaintiff will be given an additional **thirty (30) days** in which to pay the previously-assessed initial partial filing fee of $11.50.

As to the motion for leave to file an amended complaint, the Court notes that plaintiff has not attached a proposed amendment. To obtain leave to file an amended complaint, "a party must submit the proposed amendment along with [his or her] motion." *Clayton v. White Hall Sch. Dist.*, 778 F.2d 457, 460 (8th Cir. 1985). *See also Wolgin v. Simon*, 722 F.2d 389, 395 (8th Cir. 1983) ("Absent some indication as to what might be added to the complaint to make it viable, the [moving party] is not entitled to leave to amend"). Therefore, the Court will deny the motion without prejudice. If plaintiff wishes to file an amended complaint, he must submit a proposed amended complaint contemporaneously with his motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time in which to pay the initial partial filing fee of $11.50 is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have **thirty (30) days** from the date of this order in which to pay the initial partial filing fee of $11.50.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED** without prejudice.

Dated this 30th day of August, 2021.

                                                  HENRY EDWARD AUTREY
                                                  UNITED STATES DISTRICT JUDGE